

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W.  DOBBINS**
CLERK

October 9, 2008

United States District Court
Western District of North Carolina
210 Charles R. Jonas Federal Bldg
401 West Trade Street
Charlotte, NC 28202

RE:  Miller v. Lending Tree, LLC
Case No: 08cv2300

Dear Clerk:

Pursuant to the order entered by MDL Panel, on October 7, 2008, the above record

■        was electronically  transmitted to   Western District of North Carolina.


Please acknowledge receipt of any paper documents on the enclosed copy of this letter.


Sincerely yours,


Michael W. Dobbins, Clerk

By:      /s/  Krysten DeSanti
         Deputy Clerk


Enclosures


New Case No. _____        Date _____


cc:      Non-ECF Attorneys and Pro se Parties