# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08−cv−02300

| | |
|---|---|
| Miller v. Lending Tree, LLC | Date Filed: 04/22/2008 |
| Assigned to: Honorable James B. Zagel | Date Terminated: 10/08/2008 |
| Cause: 15:1681 Fair Credit Reporting Act | Jury Demand: None |
| | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Eugene Miller, Jr.**　　　　　　　　　　　represented by　**James R. Rowe**
*on behalf of himself and all others similarly* 　　　　　　　　　　　　　　　Larry D. Drury, LTD.
*situated* 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　205 W. Randolph
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 1430
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago , IL 60606
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　312 346 7950
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: rowelegal@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Ilan J. Chorowsky**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chorowsky Law Offices
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1130 N. Dearborn St.,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 3110
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago , IL 60610
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(312)643−5893
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ichorowsky@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Larry D. Drury**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Larry D. Drury, Ltd.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　205 West Randolph
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 1430
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago , IL 60606
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(312) 346−7950
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ldrurylaw@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lending Tree, LLC**　　　　　　　　　　　represented by　**Craig Allen Varga**
*a North Carolina Limited Liability Corporation* 　　　　　　　　　　　Varga, Berger, Ledsky, Hayes &Casey
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　224 South Michigan Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 350
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago , IL 60604
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(312) 341−9400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: cvarga@vblhc.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 06/20/2008*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

**David Zev Smith**
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago , IL 60606
(312) 207−1000
Email: dzsmith@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Joshua D. Davidson**
Varga, Berger, Ledsky, Hayes &Casey
224 South Michigan Avenue
Suite 350
Chicago , IL 60604
(312) 341−9400
Email: jdavidson@vblhc.com
*TERMINATED: 06/20/2008*

**Marina C. Santini**
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago , IL 60606
312 207 3875
Email: msantini@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Mark S. Melodia**
Reed Smith LLP
136 MainStreet
Suite 250
Princeton , NJ 08543
609 520 6015
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul J. Bond**
Reed Smith LLP
136 Main Street
Suite 250
Princeton , NJ 08543
609 520 6393
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2008 | Ï 1 | COMPLAINT filed by Eugene Miller, Jr.; Filing fee $ 350.(kj, ) (Entered: 04/24/2008) |
| 04/22/2008 | Ï 2 | CIVIL Cover Sheet. (kj, ) (Entered: 04/24/2008) |
| 04/22/2008 | Ï 3 | ATTORNEY Appearance for Plaintiff Eugene Miller, Jr. by James R. Rowe. (kj, ) |

| | | |
|---|---|---|
| | | (Entered: 04/24/2008) |
| 04/22/2008 | Ï 4 | ATTORNEY Appearance for Plaintiff Eugene Miller, Jr. by Larry Daniel Drury. (kj, ) (Entered: 04/24/2008) |
| 05/16/2008 | Ï 6 | ATTORNEY Appearance for Defendant Lending Tree, LLC by Craig Allen Varga (Varga, Craig) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 7 | ATTORNEY Appearance for Defendant Lending Tree, LLC by Joshua D. Davidson (Davidson, Joshua) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 8 | MOTION by Defendant Lending Tree, LLC for extension of time *(AGREED) to respond to Complaint* (Varga, Craig) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 9 | NOTICE of Motion by Craig Allen Varga for presentment of extension of time 8 before Honorable James B. Zagel on 6/3/2008 at 10:15 AM. (Varga, Craig) (Entered: 05/16/2008) |
| 05/28/2008 | Ï 10 | MINUTE entry before the Honorable James B. Zagel:Motion for extension of time until 6/9/2008 to answer or otherwise plead 8 is granted. Status hearing set for 8/13/2008 at 10:00 AM. Notice hearing for 6/3/2008 is stricken.Mailed notice (drw, ) (Entered: 05/28/2008) |
| 05/28/2008 | Ï 11 | ATTORNEY Appearance for Plaintiff Eugene Miller, Jr by Ilan J. Chorowsky (Chorowsky, Ilan) (Entered: 05/28/2008) |
| 06/03/2008 | Ï 12 | MINUTE entry before the Honorable James B. Zagel:By agreement of the parties, defendant's to answer or otherwise plead to the complaint by 6/23/2008.Mailed notice (drw, ) (Entered: 06/03/2008) |
| 06/18/2008 | Ï 13 | MOTION by Defendant Lending Tree, LLC to substitute attorney (Varga, Craig) (Entered: 06/18/2008) |
| 06/20/2008 | Ï 14 | MINUTE entry before the Honorable James B. Zagel:Motion to withdraw attorney 13 is granted. Attorney Joshua D. Davidson and Craig Allen Varga terminated. David Z. Smith and Marina C. Santini given leave to substitute appearance.Mailed notice (drw, ) (Entered: 06/20/2008) |
| 06/21/2008 | Ï 15 | ATTORNEY Appearance for Defendant Lending Tree, LLC by David Zev Smith (Smith, David) (Entered: 06/21/2008) |
| 06/21/2008 | Ï 16 | ATTORNEY Appearance for Defendant Lending Tree, LLC by Marina C. Santini (Santini, Marina) (Entered: 06/21/2008) |
| 06/23/2008 | Ï 17 | MOTION by Defendant Lending Tree, LLC to dismiss (Santini, Marina) (Entered: 06/23/2008) |
| 06/23/2008 | Ï 18 | MEMORANDUM by Lending Tree, LLC in support of motion to dismiss 17 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Santini, Marina) (Entered: 06/23/2008) |
| 06/23/2008 | Ï 19 | NOTICE of Motion by Marina C. Santini for presentment of motion to dismiss 17 before Honorable James B. Zagel on 6/26/2008 at 10:15 AM. (Santini, Marina) (Entered: 06/23/2008) |
| 06/23/2008 | Ï 21 | IT is ordered that the applicant herein may appear pro hac vice in the above−entitled case. Signed by the Honorable James B. Zagel on 6/23/2008.(kjc, ) (Entered: |

| | | |
|---|---|---|
| | | 06/26/2008) |
| 06/23/2008 | Ï 22 | IT is ordered that the applicant herein may appear pro hac vice in the above−entitled case. Signed by the Honorable James B. Zagel on 6/23/2008.(kjc, ) (Entered: 06/26/2008) |
| 06/24/2008 | Ï 20 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Lending Tree, LLC (Santini, Marina) (Entered: 06/24/2008) |
| 06/30/2008 | Ï 23 | MINUTE entry before the Honorable James B. Zagel:Set deadlines/hearing as to motion to dismiss 17 . Response due by 7/31/2008. Reply due by 8/21/2008. Status hearing (8/13/2008) is reset for 9/30/2008 at 10:00 AM. Mailed notice (drw, ) (Entered: 07/09/2008) |
| 08/14/2008 | Ï 24 | MINUTE entry before the Honorable James B. Zagel:The briefing schedule set in this court's order of 7/9/2008 regarding defendant motion to dismiss is stricken and stayed until further order of court. Status set for 9/30/2008 stand pending an update on the status of proceedings before the Judicial Panel on Multidistrict Litigation.Mailed notice (drw, ) (Entered: 08/14/2008) |
| 09/29/2008 | Ï 25 | MINUTE entry before the Honorable James B. Zagel: Status hearing (9−30−2008) is reset for 10/30/2008 at 10:00 AM.Mailed notice (drw, ) (Entered: 09/29/2008) |
| 10/08/2008 | Ï 26 | CONDITIONAL TRANSFER ORDER from MDL Panel transferring case to Western District of North Carolina. (kjd, ) (Entered: 10/09/2008) |
| 10/09/2008 | Ï 27 | TRANSFERRED to the Western District of North Carolina the electronic record via CM/ECF. (kjd, ) (Entered: 10/09/2008) |